

# THE THIRTEENTH COURT OF APPEALS

## 13-14-00365-CV

In the Matter of J. M. B., A Child

On Appeal from the
449th District Court of Hidalgo County, Texas
Trial Cause No. J-192-14-K

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be DISMISSED. The Court orders the appeal DISMISSED in accordance with its opinion. No cost are assessed as appellant is exempt from payment.

We further order this decision certified below for observance.

August 7, 2014